# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

## CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**(1) REGINA MAYNARD,**<br><br>**Defendant.** | **3:22-CR-30036-RAL**<br><br><br>**REPORT AND RECOMMENDATIONS ON DEFENDANT'S CHANGE OF PLEA** |

The above-captioned matter came on before the Court for a change of plea hearing on Tuesday, October 4, 2022. Defendant, Regina Maynard, appeared in person and by her counsel, Jamie Damon, while Plaintiff, United States of America ("Government") appeared through Meghan Dilges, an Assistant United States Attorney.

Defendant consented in open court to the change of plea before the Court and her consent was knowingly and voluntarily made. The Government likewise consented to the Court taking Defendant's plea. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement with the Government wherein she intends to plead guilty to Count 1 as contained in the Indictment . Defendant is charged in Count 1 of the Indictment with Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846. 841(a)(1), and 841(b)(1)(A). At the hearing, Defendant was advised of the nature of the charge to which she would plead guilty and the maximum penalty applicable, specifically: 10 years up to life custody; 10,000,000

fine, or both;  5 years up to life supervised release;  5 additional years imprisonment if supervised release is revoked on any such revocation; $100 assessment; and restitution.

Upon questioning Defendant personally in open court, it is the finding of the Court that Defendant is fully competent and capable of entering an informed plea, that she is aware of the nature of the charged offense and the consequences of the plea, and that her plea of guilty to the offense contained in Count 1 of the Indictment  is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  It is, therefore, the Court's recommendation that the guilty plea to Count 1  of the Indictment  be accepted and that Defendant be adjudged guilty of that offense.

It is further ORDERED that Defendant shall remain detained pending sentencing or until further order of a judicial officer of this District as previously ordered.

DATED this 4th day of October, 2022.

BY THE COURT:

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**